IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Ramiro Saavedra, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:23-cv-01020-E-BK |
| USA, | § § § | |
| *Defendant*. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 26, 2025—(ECF No. 30). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Plaintiff's request for return of the administratively forfeited currency is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and his request for return of the remaining property is **DISMISSED WITH PREJUDICE**.

(*Signature Page Follows*)

**SO ORDERED.**

12th day of December, 2025.

                                                _____
ADA BROWN
UNITED STATES DISTRICT JUDGE